IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANCIS J. CASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:22-cv-00084 |
| | ) | JUDGE RICHARDSON |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff in this matter has requested dismissal of Defendant Equifax Information Services LLC ("Equifax") pursuant to Fed. R. Civ. P. Rule 21. (Doc. No. 28, "Motion"). Rule 21 provides that the Court may at any time, on motion or on its own, add or drop a party. However, the Court must make an independent determination that dropping said party is appropriate.

As the present action included co-Defendants other than Equifax, the Court issued an order providing the co-Defendants the opportunity to "weigh in on the [Plaintiff's] request." (Doc. No. 29). No Defendants filed any responses, and the time for doing so has now passed. Accordingly, the Court has little difficulty concluding that the interests of justice support dropping Defendant Equifax as requested, given both its potential for increasing judicial efficiency in resolving this dispute, the fact that this litigation is in its infancy, and the absence of any objection.

Because the Motion requests that the claims against Defendant Equifax be dismissed with prejudice, Plaintiff's claims against Defendant Equifax are hereby **DISMISSED with prejudice**.

IT IS SO ORDERED

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE