IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FRANCIS CASTRO** | )<br>) |
| Plaintiff, | ) Case No. 3:22-cv-00084<br>) |
| v. | ) Judge Eli J. Richardson<br>) Magistrate Judge Alistar Newbern |
| **NATIONSTAR MORTGAGE, LLC,** *et al.* | )<br>) |
| Defendant(s) | ) |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff Francis Castro and Defendant Nationstar Mortgage LLC hereby move the Court for an Entry setting a Status Conference on this case.

In support of this Joint Motion, the Parties would state that a status conference is needed in light of the following matters:

- The need to discuss rescheduling the Jury Trial scheduled for April 16, 2024;

- The need to discuss a briefing schedule for Defendant's Motion for Partial Summary Judgment filed on February 29, 2024 (Doc. 63);

- The need to discuss a briefing schedule for Defendant's Motion to Exclude Plaintiff's Expert filed on February 29, 2024 (Doc. 64 and Doc. 65); and

- The need to discuss a forthcoming Plaintiff's Motion for Leave to File Amended Complaint due to claims identified during discovery which will include a putative class action count.

The Parties conducted a meet-and-confer on the Motion for Leave on Friday, March 8, 2024 and in light of the issues discussed related to that Motion as well as the other pending matters in this case, the Parties reasonably believe that a status conference with the Court is appropriate given the circumstances related to the Motion for Leave.

The Parties would request that any Status Conference be held at the convenience of the Court on or after March 28, 2024 due to the unavailability of counsel prior to that date. The Parties would request if possible that this conference be held remotely as incoming co-counsel for the Plaintiff, Brian D. Flick, is based out of Boston and currently has hearings on 3/25-3/26, depositions scheduled for 3/28 and 4/1, and a mediation scheduled for 3/29.

WHEREFORE the Parties jointly request a status conference and for all other relief that this Court may deem just and proper.

Respectfully submitted,

/s/ Brent S. Snyder
Brent S. Snyder, BPR #021700
DannLaw
*Of Counsel*
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 264-3328
(865) 546-2777 facsimile

Keith D. Slocum (BPR No. 023024)
SLOCUM LAW
370 Mallory Station Road, Suite 504
Franklin, TN 37067
Telephone: (615) 656-3344
Email: keith@keithslocum.com

Brian D Flick (0081605)*
DANNLAW
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Pro Hac Vice Motion to be submitted*

*Counsel for Plaintiff Francis J. Castro*

/s/ Lauren Paxton Roberts
(per email consent 03/12/2024)
Lauren Paxton Roberts (BPR No. 025049)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2200
Email: lauren.roberts@stites.com
*Counsel for Defendant Nationstar Mortgage LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, a copy of the foregoing *Joint Motion for Status Conference* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brent S. Snyder*
Brent S. Snyder, BPR #021700
DannLaw
*Of Counsel*
*Co-counsel for Plaintiffs*