UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Francis J. Castro,<br><br>    Plaintiff(s),<br><br>v.<br><br>Nationstar Mortgage LLC<br>Equifax Information Services LLC,<br>Experian Information Solutions Inc.<br><br>    Defendant(s). | Case No. 3:22-cv-00084<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

JOINT MOTION TO CONTINUE TRIAL DATE

Come now the parties, by and through undersigned counsel, and move the Court to continue the currently scheduled trial set for 9:00 a.m. on April 16, 2024. As grounds for the Motion, the parties state:

1. Pending before the Court is a status conference to discuss the **following matters:**

   - The need to discuss rescheduling the Jury Trial scheduled for April 16, 2024;
   - The need to discuss a briefing schedule for Defendant's Motion for Partial Summary Judgment filed on February 29, 2024 (Doc. 63);
   - The need to discuss a briefing schedule for Defendant's Motion to Exclude Plaintiff's Expert filed on February 29, 2024 (Doc. 64 and Doc. 65); and
   - The need to discuss a forthcoming Plaintiff's Motion for Leave to File Amended Complaint due to claims identified during discovery which will include a putative class action count. The Parties conducted a meet-and-confer on the Motion for Leave on Friday, March 8, 2024 and in light of the issues discussed related to that Motion as well as the other pending matters in this case, the Parties reasonably believe that a status conference with the Court is appropriate given the circumstances related to the Motion for Leave

2. Accordingly, the parties now file this Joint Motion to Continue the trial date currently set for 9:00 a.m. on April 16, 2024, to a date to be determined at the upcoming status conference.

Respectfully submitted,

/s/ Keith D Slocum
Keith D. Slocum PBR. 023024
370 Mallory Station Road Suite 504
Franklin TN, TN 37067
P (615) 656-3344 F (615) 647-0651
keith@keithslocum.com
notice@keithslocum.com

Attorney for Plaintiff

and

/s/Lauren Paxton Roberts with permission
Lauren Paxton Roberts (BPR No. 025049)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219 Telephone: (615) 782-2200 Email: lauren.roberts@stites.com

*Counsel for Defendant, Nationstar Mortgage LLC*