IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FRANCIS CASTRO, et al.,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:22-cv-00084 |
| **NATIONSTAR MORTGAGE LLC, et al.,** | )<br>) |
| Defendants. | )<br>) |

## **LOCAL RULE 7.01(C) MOTION**

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), by counsel, hereby moves the Court pursuant to Local Rule 7.01(c) to inquire as to the status of the case and the pending Motion to Dismiss [Doc. No. 90]. In support thereof, Nationstar states as follows:

1. By Order entered June 7, 2024, the Court allowed Plaintiff's Motion for Leave to file an Amended Complaint [Doc. No. 86], and Plaintiff subsequently filed his First Amended Complaint the same day [Doc. No. 87].

2. On July 22, 2024, Nationstar responded to the First Amended Complaint by filing a Motion to Dismiss and Memorandum in Support of the same [Doc. Nos. 90, 91].

3. On September 9, 2024, Plaintiff filed his Response in Opposition to Nationstar's Motion to Dismiss [Doc. No. 96], and on October 2, 2024, Nationstar filed its Reply in Support of Motion to Dismiss [Doc. No. 98]. The Motion to Dismiss filed by Nationstar has, thus, been fully briefed since October 2, 2024.

4. By Order entered November 7, 2024, the Court cancelled all pretrial and trial deadlines in the case pending Nationstar's Motion to Dismiss, with case deadlines to be rescheduled following resolution of the Motion [Doc. No. 99].

10625842:v1

5. To date no decision has been rendered on the Motion to Dismiss, and no further Orders, actions or matters have been docketed in this case.

6. Given the lapse of time since the Motion to Dismiss was fully briefed, and the last Order of the Court on November 7, 2024, Nationstar, pursuant to Local Rule 7.01(c) respectfully inquires as to the status of the case and the pending Motion to Dismiss. Undersigned counsel for Nationstar has consulted with counsel for Plaintiff concerning this inquiry and was told that counsel for Plaintiff does not oppose the inquiry herein.

        Respectfully submitted,

        *s/Lauren Paxton Roberts*
        Lauren Paxton Roberts (BPR No. 025049)
        STITES & HARBISON PLLC
        401 Commerce Street, Suite 800
        Nashville, TN 37219
        Telephone: (615) 782-2200
        Email: lauren.roberts@stites.com

        and

        D. Kyle Deak (*pro hac vice pending*)
        NC Bar. No. 35799
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        305 Church at North Hills Street, Suite 1200
        Raleigh, NC 27609
        Telephone: (919) 835-4133
        Email: kyle.deak@troutman.com

        *Counsel for Nationstar Mortgage LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 19th day of November, 2025, a true and exact copy of the foregoing was electronically filed with the Clerk's office using the CM/ECF system and served via the Court's CM/ECF system and/or via e-mail and/or first-class U.S. mail upon the parties listed below. Parties may also access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Keith D. Slocum<br>SLOCUM LAW<br>370 Mallory Station Road, Suite 504<br>Franklin, TN 37067<br>Email: keith@keithslocum.com | Brian D. Flick<br>DANN LAW<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Email: notices@dannlaw.com |
| Brent S. Snyder<br>2125 Middlebrook Pike<br>Knoxville, TN 37921<br>Email: notices@dannlaw.com | |

                     *s/Lauren Paxton Roberts*
                     Lauren Paxton Roberts

3

10625842:v1

Case 3:22-cv-00084   Document 101   Filed 11/19/25   Page 3 of 3 PageID #: 873